IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ARCADIO AMEZCUA BARRAGAN,<br>WALTER RENIERY CACERES,<br><br>            Defendants. | CASE NO.  1:23-CR-143<br><br>ORDER UNSEALING CASE |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the case is unsealed.

IT IS SO ORDERED.

Dated:   **December 13, 2024**

STANLEY A. BOONE
United States Magistrate Judge