MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-cr-00143-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' MOTION AND ORDER FOR DISMISSAL |
| ARCADIO AMEZCUA BARRAGAN, | |
| Defendant. | |

The United States now moves to dismiss the indictment in the above captioned case filed on July 20, 2023, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: February 21, 2025

MICHELE BECKWITH
Acting United States Attorney

By:  /s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant U.S. Attorney

1

ORDER

The Court hereby orders that the indictment in case number 1:23-cr-00143-JLT-SKO, filed on July 20, 2023, be DISMISSED WITHOUT PREJUDICE.

DATED:  February 28, 2025

JENNIFER L. THURSTON
United States District Judge