Patrick S. Aguirre, SBN 189103
LAW OFFICES OF PATRICK S. AGUIRRE, A PLC
1107 R Street.
Fresno, CA 93721
Telephone: (562)904-4337
Facsimile: (562)928-3999
Attorney@paguirrelaw.com

Attorney for Defendant
Arcadio Amezcua Barragan

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00143-JLT-SKO |
| Plaintiff, | **DEFENDANT'S MOTION TO EXONERATE BOND; ORDER** |
| vs. | |
| ARCADIO AMEZCUA BARRAGAN | |
| Defendant. | |

   Defendant Arcadio Amezcua Barragan hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the cash bond and full reconveyance of the $30,000.00 cash posted by Mr. Barragan, per DKT#63, Receipt #100004460.

   On February 5, 2025, the court ordered Defendant released on conditions including a $30,000.00 cash bond, which was posted February 6, 2025. Mr. Barragan was subsequently deported to Mexico by ICE and the indictment was dismissed on February 28, 2025 in case number 1:23-cr-00143-JLT-SKO in the Eastern District of California by Judge Jennifer L. Thurston. Since no conditions of the bond remain to be satisfied, Mr. Barragan is now requesting that the $30,000.00 cash bond be exonerated and reconveyed to him pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

//

//

Respectfully submitted,

Date: March 3, 2025                                            /s/ Patrick S. Aguirre
                                                               Patrick S. Aguirre, Esq.
                                                               Attorney for Defendant

## ORDER

The court finds that Arcadio Amezcua Barragan has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $30,000.00 cash bond in the above-captioned case and reconvey the cash to Mr. Everardo Luna, defendant's paternal uncle, who was also the 3rd Party custodian in the case who originally posted the cash bond IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  **March 5, 2025**                    _____
                                             STANLEY A. BOONE
                                             United States Magistrate Judge