PATRICK S. AGUIRRE, SBN 189103
LAW OFFICES OF PATRICK S. AGUIRRE & ASSOCIATES, A PLC
1107 R. ST.
Fresno, CA 93721
Telephone: (562) 904-4337
Facsimile: 562) 683-2180

Attorney for Defendant,
Arcadio Amezcua Barragan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Arcadio Amezcua Barragan,<br><br>Defendant. | No. 1:23-CR-00143-JLT-SKO-1<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF PATRICK S. AGUIRRE AS ATTORNEY OF RECORD AND [PROPOSED ORDER]** |

On July 20, 2023, Defendant Arcadio Amezcua Barragan was indicted on federal charges. CJA Panel Attorney Patrick Aguirre was appointed as trial counsel to represent Mr. Amezcua Barragan on February 4, 2025 in his criminal case. Arcadio Amezcua Barragan was deported by ICE to Mexico after the Court granted him a cash bond on or about February 7, 2025. A motion and order dismissing the indictment was granted by Judge Thurston on February 28, 2025. sentenced pursuant to a plea agreement on June 12,2024. Having completed his representation of Mr. Arcadio Amezcua Barragan, CJA attorney Patrick Aguirre now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Arcadio Amezcua Barragan require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:   April 10, 2025

Respectfully submitted,

/s/ P. Aguirre
Patrick S. Aguirre, Attorney for
Defendant, Jose Adan Chaidez

[PROPOSED] ORDER

Having reviewed the notice and found that attorney Patrick Aguirre has completed the services for which he was appointed, the Court hereby grants attorney Aguirre's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Arcadio Amezcua Barragan at the following address and to update the docket to reflect Defendant's pro se status and contact information.

[LAST KNOWN 927 Laurel Avenue, Menlo Park Ca. 94025]

**IT IS SO ORDERED**

Dated: April 25, 2025

UNITED STATES DISTRICT JUDGE